JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HUHU BUFFALO WINGS, INC., a California corporation; S.S.K. INVESTMENT LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-09914-DSF-E<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Huhu Buffalo Wings, Inc., and S.S.K. Investment LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  October 26, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER
DISMISSAL WITH PREJUDICE